**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES E. SMITH JR, and JOHN TRAVIS FISHER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-00177-04/05-CR-W-DGK |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 7, 2024, the Grand Jury returned a five-count Indictment against Defendants Charles E. Smith, Jr. and John Travis Fisher, as well as sixteen other defendants.[1] Defendants Smith and Fisher are charged with attempt to commit assault with a dangerous weapon in aid of racketeering (Count Two). Additionally, Defendant Smith is charged with assault with a dangerous weapon in aid of racketeering (Count Three), and discharge of a firearm during and in relation to a crime of violence (Count Four).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Bradley Kent Kavanaugh, Brandon Chlarson, and Robert M. Smith
Case Agent: Detective Steve Cook, Independence Police Department and Special Agent Vince Leone FBI
Paralegal: Scott Hammon and Michelle Wells
Defense:
Defendant Smith - Jane Francis
Defendant Fisher - Shazzie Naseem and Blake Saffels
Paralegal: Lauren Gleason

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment

[1] Defendants Christopher W. McGowen, Arthur L. Reynolds, III, Jeremiah Z. Hahn, Eric M. Forsyth, Jr., Alan M. Thornton, and Jarrid A. Hammer have pled guilty and are awaiting sentencing. Defendants Robert W. Miller, Monty L. Mitchell, and Alan M. Thornton are scheduled to change their plea. Defendants James W. Prettyman, Mark A. Cottman, John J. Hahn, Graham S. Gattis, Bryan S. Fletcher, Jeffrey S. Hannah, Brandon S. Hodge, and Mark A. Crump have pled guilty and have been sentenced.

and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: Doc. #404 Government's Motion in Limine

**TRIAL WITNESSES**:

Government: 30 with stipulations; 57 without stipulations

Defendants:

Defendant Smith: 1 witness, including the Defendant

Defendant Fisher: 1 witness, including the Defendant

**TRIAL EXHIBITS:**

Government: approximately 150-200 exhibits

Defendants:

Defendant Smith: no additional exhibits anticipated

Defendant Fisher: approximately 25 to 30 exhibits

**DEFENSES**:

Defendant Smith: Self defense

Defendant Fisher: General denial

**POSSIBLE DISPOSITION**:

(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: Two to Three weeks total**

Government's case including jury selection: 2 weeks without stipulation; with stipulations 6-7 days

Defendants: 1-1½ days for each Defendant

**STIPULATIONS**: Seven possible stipulations have been drafted and will be sent to defense.

**UNUSUAL QUESTIONS OF LAW:** None other than the charges are not one that this Court usually sees.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #181):

**Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for October 19, 2026.

**Normal jury panel**: Yes due to the length of trial.

**Please note:** The parties have a special setting set for October 19, 2026.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge